UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x

STEPHANIE SAILOR,

Plaintiff,

– against –

EISAI, INC.,

Defendant.

---------------------------------- x

04 Civ. 10234 (RB)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff and defendant in the above-captioned action, that this action is dismissed with prejudice and without costs to either plaintiff or defendant as against the other.

Dated: New York, New York
March 21, 2005

EPSTEIN BECKER & GREEN, P.C.

By: [signature]
John P. Barry (JB 6489)
250 Park Avenue
New York, New York 10177
Attorneys for Defendant

CHINYERE OKORONKWO, ESQ.

By: [signature]
Chinyere Okoronkwo (CO3349)
40 East 94th Street, Suite 2K
New York, New York 10128
Attorney for Plaintiff

So Ordered:

RMB

Honorable Richard M. Berman, U.S.D.J.
4/1/05

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/1/5